AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Dominique Lamont Carter | ) Case No: 4:04cr48 |
| | ) USM No: 27789-083 |
| Date of Original Judgment: 12/09/2004 | ) |
| Date of Previous Amended Judgment: ___ | ) Rodolfo Cejas, II |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __169__ months **is reduced to** __140 Months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/09/2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Dec. 11, 2014

/s/ Robert G. Doumar
Senior United States District Judge
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

United States District Judge Robert G. Doumar
*Printed name and title*