IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**UNITED STATES OF AMERICA,**

v.  **CRIMINAL NO. 4:04-cr-48**

**DOMINIQUE LAMONT CARTER,**

**Defendant.**

## ORDER

On December 11, 2014, this Court reduced Dominique Lamont Carter's ("Defendant") sentence from one-hundred sixty-nine (169) months to one-hundred forty (140) months. (ECF No. 26). The effective date of that Order, however, was November 1, 2015, the effective date for the retroactive application of the 2014 Drug Guidelines Amendment. As a result, Defendant cannot be released prior to that date. Defendant's current projected release date is November 1, 2015. However, it has come to the Court's attention that November 1, 2015 is a Sunday. Consequently, the Court **AMENDS** its December 11, 2014 Order, (ECF No. 26), to clarify that Defendant be released on the first business day after November 1, 2015.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge
UNITED STATES DISTRICT JUDGE

Newport News, VA
February __, 2015