IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.                                                                                  Criminal No. 4:04cr48

DOMINIQUE LAMONT CARTER,

      Defendant.

## ORDER

This matter comes before the Court on Dominique Lamont Carter's ("Petitioner") Motion for Early Termination of Supervised Release ("Motion"), filed on August 9, 2018. ECF No. 29. This Court imposed a period of supervised release of five (5) years on or about December 10, 2004. ECF No. 19. Petitioner's period of supervised release was to run concurrent with a period of supervised release of thirty (30) months, imposed by the Honorable Raymond A. Jackson in a separate matter, United States of America v. Carter, 4:97cr23. On or about August 22, 2016, Petitioner commenced his concurrent periods of supervised release. On October 12, 2018, the Honorable Raymond A. Jackson entered an Order discharging Dominique Lamont Carter from supervised release. United States of America v. Carter, 4:97cr23, ECF No. 24.

Upon consideration of the report this Court received from Probation Officer Rodney D. Carter, this Court finds that the supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.

Accordingly, it is **ORDERED** that the supervised releasee, Dominique Lamont Carter, be discharged from supervised release and that the proceedings in this case be terminated.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the United States Probation Office, the Bureau of Prisons, and to Defendant.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge
UNITED STATES DISTRICT JUDGE

October 22, 2018
Norfolk, Virginia